AAQ
F.#2005R01835

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

LILLIAN VINCI,

        Defendant.

- - - - - - - - - - - - - - - - -X

UNSEALING ORDER

Cr. No. 98-587 (ARR)

EASTERN DISTRICT OF NEW YORK, SS:

    ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Alyssa A. Qualls, Assistant United States Attorney, applies to the Court for an Order unsealing the above-captioned matter.

Dated: Brooklyn, New York
       December 12, 2005

                                     Alyssa A. Qualls
                                     Assistant U.S. Attorney

AAQ
F.#2005R01835

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                <u>UNSEALING ORDER</u>

LILLIAN VINCI,                  Cr. No. 98-587 (ARR)

        Defendant.

- - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

        Application having been made on behalf of the UNITED STATES OF AMERICA, by Alyssa A. Qualls, Assistant United States Attorney for the Eastern District of New York,

        IT IS HEREBY ORDERED that the above-captioned case be unsealed.

Dated: Brooklyn, New York
       December 12, 2005

                                      _____
                                      HON. ALLYNE R. ROSS
                                      UNITED STATES DISTRICT JUDGE
                                      EASTERN DISTRICT OF NEW YORK